08-21-00217-CV

# NOTIFICATION OF LATE RECORD

Court of Appeals No., if known: __08-21-00217-CV__

Trial Court Style: ENPLAT II, LLC & PLATFORM II, LLC   -VS- DEVON ENERGY PRODUCTION COMPANY, LP, ET AL

Trial Court No.: 17-05-21958-CVR

FILED IN
8th COURT OF APPEALS
EL PASO, TEXAS
1/14/2022 9:37:00 AM
ELIZABETH G. FLORES
Clerk

I am the official responsible for preparing the clerk's record/reporter's record (circle one) in the referenced appeal.  The approximate date of trial was: JUNE 28,2021

The record was originally due: NOVEMBER 19, 2021

I anticipate the length of the record to be:LENGTH OF APPEAL

I am unable to file the record by the due date the record is due because (check one)

_____ the appellant is not entitled to appeal without paying the fee, and the appellant has failed to pay the fee or make arrangements to pay the fee for preparing the record.

__X__ my other duties or activities preclude working on the record and include the following: (attach additional pages if needed)
HEAVY WORK LOAD IN THE OFFICE  PLUS SHORT STAFFED.

_____ Other.  Explain (attach additional pages if needed): _____

I anticipate the record will be completed by: 30-45 DAYS DUE TO LENGTH OF APPEAL

I, as the undersigned court official, certify that a copy of this Notification of Late Record has been served by first class mail or fax to the parties to the Judgment or order being appealed.

Date JANUARY 11, 2022   Signature _____

Printed name: PAT TARIN

Title: DISTRICT CLERK

## Acknowledgment
(to be completed by notary or court clerk)

State of Texas :
County of REEVES :

Before me, the undersigned authority, on this day personally appeared _____
Known to me to be the person whose name is subscribed to the foregoing instrument and acknowledged to me that he/she executed the same for the reasons expressed therein.

Date JANUARY 11,2022     signature _____

(Seal)

Printed Name _____